### GUS WALKER V. THE STATE.

No. 21846. Delivered January 14, 1942.

The opinion states the case.

*Carpenter & Boling,* of Lubbock, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

The conviction is for selling whisky in a dry area. The punishment assessed is a fine of $200.00.

This case is similar in all respects to that of Gus Walker v. State, No. 21,847, this day decided.

The charge of the court in this case is subject to the same defects pointed out and upon which a reversal of that case was ordered.

For the same reason the judgment of the trial court in this case is reversed and the cause remanded.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.